

# Supreme Court of Maryland

Robert C. Murphy Courts of Appeal Building
361 Rowe Boulevard
Annapolis, Maryland 21401

Gregory Hilton,
Clerk

(410) 260-1500
(800) 926-2583

October 23, 2025

## NOTICE

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, give notice, pursuant to Maryland Rule 19-761(b), that, by the Supreme Court of Maryland's October 23, 2025, Order, **ASIM ABDUR RAHMAN GHAFOOR** has been immediately suspended, effective immediately, and his name has been stricken from the register of attorneys in this Court as of October 23, 2025.

Asim Abdur Rahman Ghafoor's attorney number is: **9906240136.**



/S/ Gregory Hilton
Clerk