IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:<br><br>Asim Ghafoor<br><br>Respondent. | *<br>*   CASE NO. 25-mc-732<br>*   (DISCIPLINARY)<br>*<br>* |

## ORDER OF RECIPROCAL SUSPENSION

Asim Ghafoor, Esquire, was admitted to practice before the bar of this Court on January 31, 2025. On October 23, 2025, this Court received a copy of an order from the Supreme Court of Maryland suspending Respondent, effective October 23, 2025. On December 15, 2025, this Court entered a show cause order requesting Respondent to show cause, if any, within thirty (30) days after service of that order, why this Court should not impose the identical, greater, or lesser discipline as that imposed by the Supreme Court of Maryland. On December 16, 2025, the Clerk sent the show cause order by certified mail, return receipt requested, to Respondent's last known address on file with the Clerk's Office. Respondent did not file a response and more than thirty days have expired from the date of mailing the show cause order. It is therefore,

ORDERED by the United States District Court for the District of Maryland, that Asim Ghafoor, Esquire, be and hereby is, suspended from the practice of law before this Court. This Order is entered, *nunc pro tunc*, from October 23, 2025, the date the Respondent was suspended by the Supreme Court of Maryland. Reinstatement is not automatic; Respondent must comply with Local Rule 705.4.

The Clerk is directed to send a certified copy of this Order to Respondent by regular mail. The Clerk shall also notify the National Lawyer Regulatory Data Bank of this Order as required by Local Rule 705.5(b).

Date: 2/3/2026

George L. Russell III
Chief Judge