|  |  |
|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * IN THE |
|  | * SUPREME COURT |
| v. | * OF MARYLAND |
| ASIM ABDUR RAHMAN GHAFOOR | * AG No. 6 |
|  | * September Term, 2025 |

ORDER

Upon consideration of the "Joint Petition for Disbarment by Consent" filed by the parties in the above-captioned case on March 30, 2026, in which, pursuant to Rule 19-738, the parties jointly petition this Court to disbar Respondent, Asim Abdur Rahman Ghafoor, from the practice of law in the State of Maryland and advise that Respondent agrees that his conduct as described in the joint petition violates Maryland Attorneys' Rules of Professional Conduct 19-308.4(a), (b), (c), and (d), and that Respondent consents to disbarment as the appropriate disposition, it is this 31st day of March 2026,

ORDERED, by the Supreme Court of Maryland, that the Joint Petition for Disbarment is GRANTED, and that, effective immediately, Respondent, Asim Abdur Rahman Ghafoor, is disbarred from the practice of law in the State of Maryland for violation of Rules 19-308.4(a), 19-308.4(b), 19-308.4(c), and 19-308.4(d) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

ORDERED, that the Clerk of this Court shall provide notice of this Order in accordance with Maryland Rule 19-761.



/s/ Shirley M. Watts
Senior Justice